## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| FARMERS BANK OF HAMBURG, ARKANSAS | * * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:04CV01225  SWW |
| UNITED STATES DEPARTMENT OF AGRICULTURE and ANN M. VENEMAN, SECRETARY OF AGRICULTURE | * * * * | |
| Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the National Appeals Division of the United States Department of Agriculture is AFFIRMED.  This action is hereby DISMISSED.

IT IS SO ORDERED THIS 20TH DAY OF APRIL, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE